# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| QUESTEX MEDIA GROUP, INC., ) | Case No.: 09-13423 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 20-2635500 ) | |
| In re: ) | Chapter 11 |
| ) | |
| FIERCE MARKETS, INC., ) | Case No.: 09-13424 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 52-2236826 ) | |
| In re: ) | Chapter 11 |
| ) | |
| INFOTRENDS, INC., ) | Case No.: 09-13425 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 04-3140297 ) | |
| In re: ) | Chapter 11 |
| ) | |
| INFOTRENDS RESEARCH GROUP, INC., ) | Case No.: 09-13426 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 04-3299131 ) | |
| In re: ) | Chapter 11 |
| ) | |
| OXFORD COMMUNICATION, INC., ) | Case No.: 09-13427 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 64-0920786 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OXFORD PUBLISHING, INC., ) | Case No.: 09-13428 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 64-0816012 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| QMG HOLDINGS, INC., ) | Case No.: 09-13429 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 20-2733042 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| QUESTEX BRAZIL, LLC, ) | Case No.: 09-13430 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 20-2733187 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| SHOW EVENTS, INC., ) | Case No.: 09-13431 (MFW) |
| ) | |
| Debtor, ) | |
| ) | |
| Tax I.D. No. 27-0886352 ) | |
| ) | **Re: Docket No.: 3** |

### ORDER DIRECTING JOINT ADMINISTRATION
### OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order") directing joint administration and procedural consolidation of their related chapter 11 cases (the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

"Chapter 11 Cases") and upon the First Day Declaration; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

4. The caption of the jointly administered cases should read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUESTEX MEDIA GROUP, INC., *et al.*,[1] | ) Case No.: 09-13423 (MFW) |
| Debtors. | ) Jointly Administered |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Questex Media Group, Inc. (5500); FierceMarkets, Inc. (6826); InfoTrends, Inc. (0297); InfoTrends Research Group, Inc. (9131); Oxford Communication, Inc. (0786); Oxford Publishing, Inc. (6012); QMG Holdings, Inc. (3042); Questex Brazil, LLC (3187); and Show Events, Inc. (6352). The location of the corporate headquarters for Questex Media Group, Inc. and the service address for all of the Debtors is: 275 Grove Street, Suite 2-130, Newton, Massachusetts 02466.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Questex Media Group, Inc. to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the Chapter 11 Cases of: Questex Media Group, Inc.; ANFS, LLC; FierceMarkets, Inc.; InfoTrends, Inc.; InfoTrends Research Group, Inc.; Oxford Communication, Inc.; Oxford Publishing, Inc.; Questex Brazil, LLC; Show Events, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-13423 (MFW).

6. One consolidated docket, one file, and one consolidated service list, which docket, file and service list shall be the docket, file and service list for the chapter 11 case of Questex Media Group, Inc., Case No. 09-13423 (MFW), shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

7. A creditor filing a proof of claim against any of the Debtors shall file such proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case.

8. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

DB02:8798990.2    068808.1001

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
October 6, 2009

_____
Mary F. Walrath
United States Bankruptcy Judge

DB02:8798990.2                                                068808.1001