UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Questex Media Group, Inc., et al. | : | Case No. 09-13423 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Peter Thiel**, 1114 Avenue of the Americas, 29th Floor, New York, NY 10036, Phone: 212-903-2800, Fax: 212-937-2388

2. **RR Donnelley & Sons Company**, Attn: Robert Larson, 3075 Highland Pkwy., Downers Grove, IL 60515, Phone: 630-322-6006, Fax: 630-322-6052

3. **Paradice Decorating Co.**, Attn: Joseph Cragg, 10002 Pioneer Blvd., #105, Santa Fe Springs, CA 90670, Phone: 562-944-4166, Fax: 562-944-3666

4. **Metropolitan Exposition Services, Inc.**, Attn: Leonardo Servedio, 115 Moonachie Avenue, Moonachie, NJ 07074, Phone: 201-355-0615, Fax: 201-994-1350

5. **GetVamp LLC**, Attn: Rick Roaslina, 3033 Circle Court, Cleveland, OH 44113, Phone: 216-566-5953, Fax: 866-728-3475


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: October 16, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Donald J. Bowman, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253