**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| QUESTEX MEDIA GROUP, INC., et al.,[1] | Case No. 09-13423 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON NOVEMBER 4, 2009 AT 11:30 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD:**

1. Debtors' Application for Entry of an Order Authorizing (A) Employment and Retention of Miller Buckfire & Co., LLC as Financial Advisor and Investment Banker *Nunc Pro Tunc* to the Petition Date and (B) Waiver of Certain Information Requirements of Local Rule 2016-2 [Docket No. 48, 10/10/09]

   Objection/Response Deadline: October 19, 2009 at 4:00 p.m. (ET) (extended to October 22, 2009 at 11:00 a.m. (ET) for the United States Trustee)

   Related Pleadings: None

   Objections/Responses Received:

   a) Acting United States Trustee's Objection to the Debtors Application for Entry of an Order Authorizing (A) Employment and Retention of Miller Buckfire & Co., LLC as Financial Advisor and Investment Banker *Nunc Pro Tunc* to the Petition Date and (B) Waiver of Certain Information Requirements of Local Rule 2016-2 [Docket No. 65, 10/22/09]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Questex Media Group, Inc. (5500); FierceMarkets, Inc. (6826); InfoTrends, Inc. (0297); InfoTrends Research Group, Inc. (9131); Oxford Communication, Inc. (0786); Oxford Publishing, Inc. (6012); QMG Holdings, Inc. (3042); Questex Brazil, LLC (3187); and Show Events, Inc. (6352). The location of the corporate headquarters for Questex Media Group, Inc. and the service address for all of the Debtors is: 275 Grove Street, Suite 2-130, Newton, Massachusetts 02466.

b) Joinder to Acting United States Trustee's Objection to the Debtors' Application for Entry of an Order Authorizing (A) Employment and Retention of Miller Buckfire & Co., LLC as Financial Advisor and Investment Banker *Nunc Pro Tunc* to the Petition Date and (B) Waiver of Certain Information Requirements of Local Rule 2016-2 [Docket No. 89, 10/23/09]

Status: This matter is going forward.

Dated: Wilmington, Delaware
November 2, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Michael R. Nestor (DE Bar No. 3526)
Donald J. Bowman, Jr. (DE Bar No. 4383)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
dbowman@ycst.com
rpoppiti@ycst.com

- and -

KIRKLAND & ELLIS LLP
James A. Stempel (admitted *pro hac vice*)
Erik W. Chalut (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.stempel@kirkland.com
erik.chalut@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession