# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUESTEX MEDIA GROUP, INC., *et al.*,[1] | Case No. 09-13423 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: November 17, 2009 at 4:00 p.m.**<br>**Hearing Date: November 24, 2009 at 4:00 p.m.** |

## NOTICE OF APPLICATION TO RETAIN AND EMPLOY BDO CONSULTING, A DIVISION OF BDO SEIDMAN, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO OCTOBER 16, 2009

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee") filed its **Application to Retain and Employ BDO Consulting, a Division of BDO Seidman, LLP as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 16, 2009** (the "Application").

Objections and other responses (collectively, "Objections") to the Application must be: (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 17, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served upon the following parties on or before the Objection Deadline:

| | |
|---|---|
| David B. Stratton, Esq. | Lorenzo Marinuzzi, Esq. |
| Evelyn J. Meltzer, Esq. | David Capucilli, Esq. |
| John H. Schanne, II, Esq. | Renee L. Freimuth, Esq. |
| PEPPER HAMILTON LLP | Erica J. Richards, Esq. |
| Hercules Plaza, Suite 5100 | MORRISON & FOERSTER LLP |
| 1313 Market Street | 1290 Avenue of the Americas |
| P.O. Box 1709 | New York, NY 10104 |
| Wilmington, DE 19899-1709 | Telephone: (212) 468-8000 |
| Telephone: 302.777.6500 | Facsimile: (212) 468-7900 |
| Facsimile: 302.421.8390 | lmarinuzzi@mofo.com |
| strattond@pepperlaw.com | dcapucilli@mofo.com |
| meltzere@pepperlaw.com | erichards@mofo.com |
| schannej@pepperlaw.com | |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Questex Media Group, Inc. (5500); FierceMarkets, Inc. (6826); InfoTrends, Inc. (0297); InfoTrends Research Group, Inc. (9131); Oxford Communication, Inc. (0786); Oxford Publishing, Inc. (6012); QMG Holdings, Inc. (3042); Questex Brazil, LLC (3187); and Show Events, Inc. (6532). The location of the corporate headquarters for Questex Media Group, Inc. and the service address for all of the Debtors is: 275 Grove Street, Suite 2-130, Newton, Massachusetts 02466.

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801 ON **NOVEMBER 24, 2009 AT 4:00 P.M. (EASTERN TIME)**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: November 6, 2009

Respectfully submitted,

By: /s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne, II (DE No. 5260)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Lorenzo Marinuzzi, Esq.
David Capucilli, Esq.
Renee L. Freimuth, Esq.
Erica J. Richards, Esq.
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Official Committee of Unsecured Creditors*