**EXHIBIT 1**
**PARTIES IN INTEREST REVIEWED FOR CURRENT RELATIONSHIPS**

**Debtors**
Questex Media Group, Inc.
FierceMarkets, Inc.
InfoTrends, Inc.
InfoTrends Research Group, Inc.
Oxford Communication, Inc.
Oxford Publishing, Inc.
QMG Holdings, Inc.
Questex Brazil, LLC
Show Events, Inc.

**Debtor Affiliates**
ANFS, LLC
GSM Corporation
InfoTrends Limited
McLean Events International Limited
Pelican Events Ltd.
Questex Asia Limited
Questex Editora e Comunicacoes Ltda.

**Administrative Agents**
Credit Suisse
Wilmington Trust FSB

**Contract Counterparties**
Applied Info Group
ARI Inc.
AVN Publications Inc.
BSI Inc.
Canon Financial Services Inc.
Caridi, Thomas
CDW
Convention Data Services Inc.
Crowne Plaza Chicago O'Hare Hotel & Conference Center
CSI Leasing Inc.
Donald E. Stephens Convention Center
Doubletree Hotel O'Hare
Doubletree Hotel Philadelphia
Embassy Suites - Philadelphia Center City
Embassy Suites Rosemont
Event Planning International Corp. Inc.

Expocon Management Associates Inc.
Federal Express Corp.
Five Star Alliance LLC
Fort Lauderdale Grand Hotel & Yacht Club
Four Points Sheraton - Philadelphia City Center
Freeman Decorating Services, Inc.
Giesa, Jeff
Greater Fort Lauderdale / Broward County Convention Center
Gumas, Kerry
Hallmark Data Systems LLC
Hampton Inn - Center City Philadelphia
Hampton Inn Manhattan
Hampton Inn Manhattan - Chelsea
Helen Rebecca and Edwin E. Meek GST Trust FBO Kellye Meek Houston Family
Hilton Garden Inn New York-Time Square
Hilton Grand Vacations Club at the Las Vegas Hilton
Hilton San Diego Bayfront, The
Holiday Inn - Historic District Philadelphia
Holiday Inn Express Chelsea - Madison Square Garden
Holiday Inn Express Midtown
Holiday Inn Midtown - 57th Avenue
Hooters Casino Hotel
Hotel 373
Hotel Pennsylvania
Hyatt Regency O'Hare
Hyatt Regency Philadelphia at Penn's Landing
Imaging Network Inc.
Ingraham, Robert
InterContinental Chicago O'Hare
Jacob K. Javits Convention Center
Kassam, Noor
Kroll Direct Marketing, Inc.
Kroll International Marketing, Inc.
Las Vegas Convention Center & Visitors Authority

Las Vegas Hilton
Loews Philadelphia Hotel
Longitude Media LLC
Mandalay Bay Resort & Casino
Mandalay Corp.
Meek, Edwin
Meek, Helen Rebecca
Metropolitan Exposition Services Inc.
MGM Grand Hotel & Casino
Microsoft | Volume Licensing
Microsoft Licensing GP
Mirage Hotel & Casino
Nelson, Jason
New York Convention Center Operating Corp.
New York-New York Hotel & Casino
Nichols, Seth
Paetec Communications, Inc.
Par Avion Meetings & Conventions
Par Avion Travel, Inc.
Paradice Decorating Co.
Paradice Group, The
Philadelphia Downtown Courtyard
Philadelphia Marriott Downtown
Radisson Plaza Warwick Hotel
Rebecca and Ed Meek 2006 Trust FBO
Kellye Houston Family
Ritz-Carlton, The
Riviera Hotel & Casino
RMS Reprint Management Services
Rosemont Hotel at O'Hare
Rosemont, Village of (IL)
RR Donnelley & Sons
RR Donnelley Receivables Inc.
Sands Expo, The
Sheraton Crystal City Hotel
Sheraton Philadelphia City Center
Showcare Event Management Inc.
Sinervo, Cindy Meek
Sofitel Philadelphia Hotel
Spring, Barbara
Spring, Marc
SpringHill Suites Chicago O'Hare
Stephens Convention Center
Sunbelt Fulfillment Services
Taffer Dynamics Inc.

Teddy Communications Inc.
Thiel, Peter **
Tonna, Iain
Tuscany Suites & Casino
Venetian Casino Resort LLC
Verified Audit Circulation Inc.
Video Software Dealers Association
Weiss Foodservice Visions Inc.
Wyndham Garden Hotel - Times Square South
Xerox
Xerox Capital Services LLC

**Customers**
Anchor Bay Entertainment
Buena Vista Home Video
Canon USA Inc.
EMC Corporation
Expo NCB SA de CV
Fox Home Entertainment
Group 1 Software
Hair U Wear
Helen of Troy Limited
Hewlett-Packard Company
IBM Corp.
Image Entertainment Inc.
Infoprint Solutions
Konica Minolta Holdings Inc.
Lionsgate
Malys
Microsoft Corporation
Mindshare World
NBC Universal Home Entertainment
New Line Home Video
OCE North America Inc.
OKI Data Corp.
OMD
Paramount Pictures
Pureology Research
Redken 5th Avenue NYC
Revitalash
Ricoh Corp.
Sharp Electronics Corp.
So.Cap. USA
Sony Pictures Home Entertainment
Standard Finishing Systems

Swanson Russell Associates
TAPPI
Tech Data Corporation
Virtuoso Ltd.
Warner Home Video
Xerox Corporation
Y Partnership

**Debt Holders**
Black Diamond
Bank of Montreal
Credit Suisse Group
General Electric Capital
GLC
GSO Capital
ING Groep NV
Kenilworth Capital
Lifeboat Holdings
Magnetar Capital Partners LLC
MJX
Morgan Stanley
Natixis SA
Ore Hill Partners
Orix Corp.
Pennant Park
Quinten Road
R6 Capital Management
Van Kampen
Wells Fargo & Co.

**Insurers**
ACE American Insurance Co.
ACE Property & Casualty Insurance Co.
American Alternative Insurance Corp.
CIGNA Healthcare
Great American Insurance Co.
Indian Harbor Insurance Co.
Lexington Insurance Co.
Mercer Insurance Group Inc.
State National Insurance Co. Inc.
Towers Perrin Forster & Crosby Inc.
Underwriters at Lloyd's
Willis Mergers & Acquisitions Group
Zurich American Insurance Co.

**Landlords**
600 Superior Partners LLC
BearingPoint LLP
EOP-Riverside Project LLC
Forte Ltd.
Imaging Network Company
KPMG LLP
Libbey Park LLC
Madison Circle Executive Office Building
MA-Riverside Project LLC
Old Town LLC
Olive LP
PLB II LLC
Quadra Associates Ltd.
Realty Associates Fund VIII LP, The
Richard Properties LLC
Sheffield Square Professional Center LLC
Union Waterside LLC

**Lien Holders**
Ares Enhanced Credit Opportunities
Ares Enhanced Loan Investment II
Ares Enhanced Loan Investment Strategy
II Ltd.
Ares IIIR/IVR CLO Ltd.
Ares IX CLO Ltd.
Ares VII CLO Ltd.
Ares VR CLO Ltd.
Ares X CLO Ltd.
Black Diamond Offshore Ltd.
BMO Capital Markets Financing
Credit Suisse
Credit Suisse Loan Funding LLC
Double Black Diamond Offshore
FM Leveraged Capital Fund I
FM Leveraged Capital Fund II
FriedbergMilstein Private Capital Fund I
General Electric Capital
Genesis CLO 2007-1 Ltd.
Global Leveraged Capital Credit
Opportunity Fund I
Greyrock CDO Ltd.
Ing Capital LLC
Kenilworth Capital I Ltd.
Landmark II CDO Ltd.
Landmark III CDO Ltd.

Landmark IV CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
Morgan Stanley Prime Income Trust
Natixis
Orix Finance Group
PennantPark Investment Corp.
Quinten Road Funding LLC
Solar Capital LLC
Van Kampen Senior Income Trust
Van Kampen Senior Loan Fund
Veer Cash Flow CLO Ltd.
Venture II CDO 2002 Ltd.
Venture III CDO Ltd.
Venture IV CDO Ltd.
Venture IX CDO Ltd.
Venture V CDO Ltd.
Venture VI CDO Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Vista Leveraged Income Fund
Wells Fargo Foothill Inc.
Zodiac Fund Morgan Stanley US
Zodiac Fund Morgan Stanley US Senior
Loan Fund

**Litigants**
Afonso, Christina
Ambroise, Elsie
Atwater, Mary M.
Cadopia LLC
Hair-Tech Inc.
Jewerly for the Journey
New York Convention Center Operating
Corporation
Rosenberg, Donald
Villa del Sol Marketing LLC

**Officers & Directors**
Bramley, Donald
Caridi, Thomas
Giesea, Jeff
Gumas, Kerry
Houston, Kellye

Lee, Young
Mankodi, Hiren
Meek, Edwin
Meek, Helen R.
Palumbo, Keith
Sinervo, Cindy

**Professionals**
Burns & Levinson LLP
Epiq Systems Inc.
Imperial Capital, LLC
Latham & Watkins LLP
McGladrey & Pullen LLP
Michael Chodos, Attorney-at-Law
Miller Buckfire
Ropes & Gray LLP
RSM McGladrey
Batchelor Frechette McCrory & Michael
Ogletree Deakins Nash Smoak & Stewart
PC
Ropes & Gray LLP

**Shareholders**
AFF Co-Invest LP
Audax Co-Invest LP
Audax Private Equity Fund II LP
Audax Private Equity Fund LP
Audax Special Purpose Co-Invest LP
Audax Trust Co-Invest LP
Gumas, Kerry
Ingraham, Robert
Meek, Edwin E.
Oxford Publishing Inc.
RGIP LLC

**Significant Vendors**
Advanstar Communications Inc.
AT Clayton & Co. Inc.
Bank Of America Mastercard
BSI Inc.
Coach Media Inc.
CSI Leasing Inc.
Dell
Ebsco Teleservices LLC
Google Inc.
Hallmark Data Systems LLC

High Performance Learning LLC
Hilton San Diego Bayfront
Imperial Capital Bancorp Inc.
Intellitarget Marketing
JC Ostrom Associates LLC
Las Vegas Convention & Visitors
Authority
Las Vegas Hilton
Longitude Media LLC
Mark Facey & Co.
Metropolitan Exposition Services Inc.
Midland Paper
Next Level Marketing LLC
North American Publishing
On24 Inc.
Orient Express Hotels
Pro Print Inc.
RR Donnelley Receivables Inc.
Spago
Streng, Loretta A.
Taffer Dynamics Inc.
UC Funding Corp.
Weiss Foodservice Visions Inc.

**Top 30 Unsecured**
Advanstar Communications, Inc
American Express
Bank Of America Mastercard
BSI, Inc.
Cigna Healthcare
Coach Media, Inc.
Dell
Former Shareholders Of Fierce Markets
Get Vamp LLC **
Hallmark Data Systems, LLC
Hyatt Regency Boston
Hyatt Regency San Francisco
Infobeans Systems India Pvt Ltd
Insight Direct USA, Inc.

Lambert Smith Hampton
Mark Facey & Company
Metlife
Metropolitan Exposition Services, Inc. **
Microsoft Licensing GP
Midland Paper
N-M Ventures
NTL
Orient Express Hotels
Paradice Decorating Company **
Pro Print Inc
RR Donnelley Receivables, Inc. **
Telelinx, Inc.
UC Funding Corp.
Weiss Foodservice Visions, Inc.
Wilmington Trust Fsb

**Utilities**
ACC Business
AT&T
AT&T Mobility
Centerpoint Energy Resources Corp.
Comcast Corp.
Dominion Virginia Power
LADWP
Los Angeles Department of Water &
Power
MCI
Minnesota Power
Oxford Electric Department (MS)
Paetec Communications
Qwest
Sprint
Verizon
Verizon Online

** Member of Official Unsecured
Creditors Committee