# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) |
| | ) Chapter 11 |
| QUESTEX MEDIA GROUP, INC., <u>et al</u>. | ) |
| Debtors. | ) Case No. 09-13423 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| | ) **Related to Docket No. ____** |
| | ) |
| | ) |
| | ) |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BDO CONSULTING, A DIVISION OF BDO SEIDMAN, LLP, *NUNC PRO TUNC* TO OCTOBER 16, 2009, AS FINANCIAL ADVISOR TO THE OFFICIAL <u>COMMITTEE OF UNSECURED CREDITORS</u>

Upon the Application (the "Application"), of the Official Committee of Unsecured Creditors (the "Committee") of Questex Media Group, Inc., <u>et al</u>., as debtors and debtors-in-possession (collectively, the "Debtors") for the entry of an order, pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to employ and retain BDO Consulting, a Division of BDO Seidman, LLP ("BDO") as its financial advisor, *nunc pro tunc* to October 16, 2009; and finding that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

ORDERED that the Committee is hereby authorized and empowered to employ and retain BDO, *nunc pro tunc* to October 16, 2009; and it is further

ORDERED that BDO shall be entitled to allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the

Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and such procedures as may be fixed by order of this Court, and it is further

ORDERED that this Court shall retain jurisdiction over any matters related to implementation of this Order.

 

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

Dated: November _____, 2009