# HENKEL CORPORATION'S OBJECTION TO PROPOSED EXECUTORY CONTRACT CURE AMOUNT

(Questex Media Group, Inc., et al – Case No. 09-13423-MFW)

Henkel Corporation ("Claimant") asserts that the amount of -0- listed for Henkel Corporation for services rendered to Questex Media Group (i.e. under an "Exhibition Participation Agreement" between the parties) is incorrect.

The correct cure amount for services performed pursuant to the contract and which remains unpaid is $3,711.34 (Three Thousand Seven Hundred Eleven Dollars and Thirty Four Cents) (see documentation attached as Exhibit A).

Therefore, Henkel Corporation petitions the Court that the proposed cure amount for Henkel Corporation pursuant to the Exhibition Participation Agreement be corrected to reflect the unpaid balance of $3,711.34.

Gregory E. Ryan

Senior Litigation Paralegal

Henkel of America, Inc.

**Copies to:**

KIRKLAND & ELLIS LLP
James W. Stempel
Erik L. Chalut
300 North LaSalle Street
Chicago, IL 60654

YOUNG CONAWAY STARGATT & TAYLOR
Michael R. Nestor
Donald W. Bowman, Jr.
Robert F. Poppiti, Jr.
1000 West Street, 17th Floor
Wilmington, DE 19801

**Co-Counsel to the Debtors**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Attn: Lorenzo Marinuzzi, Esq.
    David Capucilli, Esq.
    Erica J. Richards, Esq.

**Counsel to the Committee**

WEIL, GOTSHAL & MANGES
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153

**Counsel to the Purchaser and to the DIP Agent**

Linda Slavin
Henkel Corporation
One Henkel Way
Rocky Hill, CT 06067

_Exhibit "A"_



**Account Statement**

Posting Date: 06-24-2009 - 07-23-2009

KATHY SLEVIN
HENKEL
XX-229376

1001 TROUT BROOK CROSSING
ROCKY HILL, CT 06067-3582 USA

| Transaction Date | Posting Date | Acquirer Reference Number | Description | Address | Amount |
|---|---|---|---|---|---|
| 06-23-2009 | 06-24-2009 | 05410199174741097327771 | FEDEX 415095413553 | 3875 AIRWAYS BLVD USA | 31.40 |
| 06-23-2009 | 06-24-2009 | 55432739174206605800125 | GES EXPOSITION SERVICE | 950 GRIER DR USA | 363.82 |
| 06-23-2009 | 06-24-2009 | 55436879175131756506058 | SOLAR ELECTRIC POWER A | 1341 CONNECTICUT AVE USA | 6,600.00 |
| 06-24-2009 | 06-25-2009 | 55432869175000252702682 | ABF*TRANSPORTATION SVC | 3801 OLD GREENWOOD RD. USA | 298.26 |
| 06-26-2009 | 06-29-2009 | 55417349178121780653699 | SURFACE MOUNT TECHNOLO | 5200 WILLSON RD STE USA | 1,900.00 |
| 06-26-2009 | 06-29-2009 | 55546709178579730012470 | FREEMAN - NEW YORK | 909 NEWARK TURNPIKE USA | 236.45 |
| 07-02-2009 | 07-03-2009 | 85436199183118000100028 | QUESTEX MEDIA TERMINAL | 275 GROVE ST STE 2 130 USA | 3,711.34 |
| 07-07-2009 | 07-08-2009 | 05410199187410805898738 | FEDEX 415095414376 | 3875 AIRWAYS BLVD USA | 11.68 |
| 07-06-2009 | 07-08-2009 | 55546709188579785011006 | FREEMAN - CHICAGO | 5040 W. ROOSEVELT RD. USA | 647.68 |
| 07-08-2009 | 07-09-2009 | 05444009190829848765224 | TRADESHOW ACCT 5136249 | 8595 BEECHMONT AVE STE 20 USA | 640.00 |
| 07-08-2009 | 07-09-2009 | 55355791890999955380519 | CMP ASIA TRADE FAIRS-I | 111 SOMERSET ROAD SGP | 2,546.10 |
| 07-08-2009 | 07-09-2009 | 55460299189275427010109 | CONVENTION DATA SERVIC | 107 WATERHOUSE RD. USA | 414.38 |
| 07-09-2009 | 07-10-2009 | 85503991909000018271810 | INTERNATIONAL EZ UP IN | 1601 IOWA AVENUE USA | 518.36 |
| 07-12-2009 | 07-13-2009 | 05410199193741007338188 | FEDEX 869062996379 | 3875 AIRWAYS BLVD USA | 105.41 |
| 07-12-2009 | 07-13-2009 | 05410199193741044861556 | FEDEX 415095415626 | 3875 AIRWAYS BLVD USA | 5.20 |
| 07-10-2009 | 07-13-2009 | 55460299191275473018648 | ELITE TRADESHOW SERVIC | 12461 S INDUSTRIAL DR USA | 4,050.00 |
| 07-13-2009 | 07-14-2009 | 55457029195207103700644 | PMMI | 4350 N. FAIRFAX DR, 600 USA | 5,640.00 |
| 07-16-2009 | 07-17-2009 | 55429509197849247645419 | LEAD RETRIEVAL | 7700 EASTPORT PARKWAY USA | 1,575.00 |
| 07-17-2009 | 07-17-2009 | 55432869198000298314644 | PAYPAL *RADTECH INT | 7986 OLD GEORGETOWN ROAD USA | 995.00 |
| 07-19-2009 | 07-20-2009 | 05410199200741002503308 | FEDEX 636534950123 | 3875 AIRWAYS BLVD USA | 22.57 |
| 07-20-2009 | 07-21-2009 | 05444009202844999570949 | SURE FIT | 6575 SNOWDRIFT RD STE 101 USA | 1,468.61 |

Copyright © 2004 Citigroup Inc.



\* \* \* Communication Result Report ( Jul. 2. 2009 9:54AM ) \* \* \*

1) Henkel, Inc. 860 571 5329
2)

Date/Time: Jul. 2. 2009 9:53AM

FAXED
7/2/2009

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4613 | Memory TX | 916172198310 | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail    E. 2) Busy
E. 3) No answer    E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

## QUESTEX
MEDIA

*Please Print Clearly*
By completing and submitting this document, you have (i) agreed to honor your debt commitment entered into via your signed consent by way of a credit card payment and (ii) authorized Questex Media to charge your card the Credit Card Charge Amount set forth below. Once charged, you agree to honor your obligation and agree to the terms set forth by your contract for:

Customer/Exhibitor I.D. Number: 83148 / Co/Boston
Name of Exhibition/Publication: Sensors Expo 2010
Cardholder Name and Billing Address: Kathy Slevin
1001 Trout Brook Crossing

City: Rocky Hill
State: CT Zip: 06067
Phone: (860) 571-5316
Fax: (860) 571-5430

Type of Card (Please Circle): **MasterCard** Visa Amex
Card Number: 5405 9800 0422 9376
Expiration Date: 12/11
*Credit Card Charge Amount: $ 3600.00 Discounted Rate ÷ .97 (divided by) = $ 3711.34 Undiscounted Rate for Credit Cards

*(The fees set forth in your contract/invoice/statement reflect a 3% discount for payments made via cash, checks or bank wire transfers. Payments made using credit cards are not entitled to the cash, check and bank wire transfer discount and the applicable fees have been recalculated as set forth above.)

Company Name (If different to Cardholder): Henkel Corporation
Address (If different than Cardholder): 1001 Trout Brook Crossing
Rocky Hill, CT 06067

Cardholder Signature: Kathy Slevin (Print)
Kathy Slevin (Sign)

Date: 7-2-2009

This charge will appear on your statement as Questex Media Group Inc
PLEASE FAX THIS INFORMATION TO Benjen Gujural AT 617-219-8310
If you have any questions, please call 617-219-8300
275 Grove Street, Suite 2-130 Newton, MA 02466

# QUESTEX
MEDIA

275 GROVE STREET, SUITE 2-130, NEWTON, MA 02466-2272
(617) 219-8300 · FED. ID # 20-2635500

# INVOICE
#20016586

**sensors expo & conference**

INVOICE DATE: 06-25-09

BILL TO CUSTOMER/#: HENKEL CORPORATION/32087

SOLD TO CUSTOMER/#: HENKEL CORPORATION/32087

SALES ORDER #: 83148

SALES REP: Groton, Cal

PROPERTY NAME: Sensors Expo & Conference 2010

SHOW/ISSUE DATE: June 8 - 9, 2010

DOMESTIC CUSTOMERS
PLEASE REMIT TO:
QUESTEX MEDIA GROUP, INC.
P.O. BOX 504166
ST LOUIS, MO 63150-4166

International customers please make wire transfers in U.S. Dollars. Transfers will not be accepted unless invoice number or account number is included. Fax remittance to 617-219-8310 or email to AccountsReceivable@questex.com

Wire instructions or credit card authorization forms are available upon request.

| DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|
| 1.1 (200 SQF) Sensors - Booth Space<br>Booth #: 714<br>Booth Dimensions: 10 x 20 | 7,600.00 | (400.00) | 7,200.00 |
| **PAYMENT TERMS:** 50% due with contract; 100% due February 7, 2010    **TOTAL** | 7,600.00 | (400.00) | 7,200.00 |

| INVOICE # | INVOICE DATE | TOTAL INVOICE AMOUNT | SALES ORDER # | BILL TO ACCOUNT # | INSTALLMENT # |
|---|---|---|---|---|---|
| 20016586 | 06-25-09 | 7,200.00 | 83148 | 32087 | 1 |

3,600.00

BILL TO: ATTN: KATHY SLEVIN
HENKEL CORPORATION
1001 TROUT BROOK CROSSING
ROCKY HILL CT 06067

SOLD TO: ATTN: KATHY SLEVIN
HENKEL CORPORATION
1001 TROUT BROOK CROSSING
ROCKY HILL CT 06067

0020016586 01 062509 0000720000 00032087 1



# QUESTEX

*Please Print Clearly*

By completing and submitting this document, you have (i) agreed to honor your debt commitment entered into via your signed contract by way of a credit card payment and (ii) authorized Questex Media to charge your card the Credit Card Charge Amount set forth below. Once charged, you agree to honor your obligation and agree to the terms set forth in your contract form.

Customer/Exhibitor I.D. Number: 83148 / Co/Exhtn

Name of Exhibition/Publication: Sensors Expo 2010

Cardholder Name and Billing Address: Kathy Slevin
1001 Trout Brook Crossing

City: Rocky Hill

State: CT, Zip: 06067

Phone: (860) 571-5316

Fax: (860) 571-5432

Type of Card (Please Circle): **MasterCard** Visa Amex

Card Number: 5405 9800 0422 9376

Expiration Date: 12/11

*Credit Card Charge Amount: $ 3600.00 ÷ .97 = $ 3711.34
Discounted Rate    (divided by)   Undiscounted Rate for Credit Cards

*(The fees set forth in your contract/invoice/statement reflect a 3% discount for payments made via cash, checks or bank wire transfers. Payments made using credit cards are not entitled to the cash, check and bank wire transfer discount and the applicable fees have been recalculated as set forth above.)

Company Name (if different to Cardholder): Henkel Corporation

Address (if different than Cardholder): 1001 Trout Brook Crossing
Rocky Hill, CT 06067

Cardholder Signature: Kathy Slevin (Print)
Kathy Slevin (Written)

Date: 7-2-2009

This charge will appear on your statement as Questex Media Group Inc
PLEASE FAX THIS INFORMATION TO Ranjan Gajurel AT 617-219-8310
If you have any questions, please call 617-219-8300
275 Grove Street, Suite 2-130 Newton, MA 02466

*200 sf for 2010? Sent email to S.Braun 6/2/09* (handwritten)



"Keith Owen"
&lt;kowen@questex.com&gt;
06/02/2009 02:29 PM

To  Kathy Slevin/US/Americas/HENKEL@HENKEL
cc
bcc
Subject  Re-Sign for Sensors Expo 2010 On-Site

History:  🔁 This message has been replied to and forwarded.

Dear Kathy,

On behalf of our engineering audience, we at Questex want to thank you for your business and let you know that we appreciate your participation in this year's Sensors event. As we look forward to 2010 and start planning for next year's event, we want to be sure that you have all of the tools you need to make an informed decision. We have provided the following information for you to start the process, a 2010 floor plan and a space application.

We will be back in Rosemont again for our 2010 Sensors event. The dates are June 7-9, 2010 at the Donald E. Stephens Convention Center.

As you are probably aware, we do a priority resign process on site at the event. Below is the information for your appointment – please plan to arrive 10-15 minutes prior to your set time so that you will have the opportunity to review the floor plan and fill out your contract. We want to try to get you back in your booth as quickly as possible.

As an additional incentive to book your space now, we are offering a $2 per sq ft discount off of our 2010 pricing!
This will save you $200 per 100 sq ft of booth space! Re-book rate: $36 / sq ft – 2009 Rate: $38 / sq ft.

Below is your information for this year's on-site re-book process for **Sensors 2010**.

Company Name:           Henkel ~~Adhesives~~ *Corporation* (handwritten)

Current Booth Number:   708

Current Booth Size:     ~~100~~ *200* sq ft.

Priority Number:        9

Priority Scheduled Time:  Tuesday, June 9th 12:00pm-1:00pm

Please make sure that a company representative with proper authorization is able to attend your selection time to reserve space and sign a contract. If you are unable to select at your designated time, you can request that we select for you by proxy. Our sales staff will choose the best space available when your number is called. If you choose to have us select for you, contact us before the show or on-site in the Sensors Sales Office. The sales office in Rosemont will be located in the front of the show floor next to the 1100 Aisle.

Sponsorship and event marketing opportunities may also be booked at the time of your booth selection. Any exhibitor who has an existing sponsorship in 2009 has first right of refusal for up to 30 days post show. Signing on early allows you to receive the full benefit of over 2 million marketing impressions planned for the Sensors event for 2010.

**Our Sales Office will be open:**
Tuesday, June 9th from 9am to 5pm
Wednesday, June 10th from 9am to 3pm

Have a great event and we look forward to seeing you at the show!

Sincerely,

Leo J. Squatrito

VP, Event Sales
Questex Media Group
617-219-8378

# sensors expo & conference

June 7-9, 2010
Rosemont, IL
www.sensorsexpo.com

# Exhibitor Application and Agreement

## 1. Exhibitor Information PLEASE PRINT

Company Name: Heatron Corporation
Exhibitor Listing: _____
Contact Name: Kathy Slovin    Title: Trade Show Manager
Address: 100 Trout Brook Present
City: Rocky Hill    Province/State: CT    Zip: 06067    Country: USA
Phone: (860) 571-5100    Fax: (860) 571-5430
Email: kathyslovin@heatron.com    Website: www.heatron.com
Booth Set-up Contact Info: Kathy Slovin

## 2. Products or services to be displayed

- ○ Acceleration
- ○ Actuators
- ○ Aerospace
- ○ Analog/Digital Converters
- ○ Automation Sensors
- ○ Automotive
- ○ Battery Power
- ○ Chemical/Gas
- ○ Consumer
- ○ Control Products
- ○ Controllers/Drivers
- ○ Data Acquisition
- ○ Data Loggers
- ○ Displacement
- ○ Electrical Properties
- ○ Encoders/LVDTs
- ○ Energy Harvesting
- ○ Fiber Optics
- ○ Flow
- ○ Fluid Level
- ○ Fluid Power Products
- ○ Force/Strain/Load/Torque
- ○ Gear Boxes/Reducers
- ○ Hall Effect
- ○ Industrial Automation
- ○ Infrared Detectors
- ○ Inspection Systems
- ○ Instrumentation
- ○ Level
- ○ Machine Vision
- ○ Magnetic
- ○ Medical/Pharmaceutical BioTech
- ○ Meters/Gauges
- ○ Moisture/Humidity
- ○ Motors (AC, DC, Brushless, Servo, Step)
- ○ Motors (Linear/Servo & Synchros)
- ○ Optical
- ○ Other
- ○ Photoelectrics
- ○ Piezoelectric/Restrictive
- ○ Polymers/Resin
- ○ Position Sensors
- ○ Positioning Equipment/Systems
- ○ Power Management
- ○ Power Sources
- ○ Presence/Proximity
- ○ Pressure
- ○ Process Control
- ○ Radiation
- ○ Sensors Government Products
- ○ Sensors/System Components
- ○ Signal Conditioning
- ○ Software
- ○ Speed
- ○ Temperature
- ○ Test/Measurement/Calibration Equipment
- ○ Transmitters
- ○ Ultrasonic
- ○ Velocity
- ○ Vibration
- ○ Wireless

## 3. Booth request  Minimum Space Required: 10 ft. x 10 ft./100 sq. ft.

First Choice   #_____   _____ X _____ sq. ft.
Second Choice  #_____   _____ X _____ sq. ft.
Third Choice   #_____   _____ X _____ sq. ft.

Booth type (circle one):  Linear (100 sq. ft. minimum)   Island (400 sq. ft. min)   Peninsula (200 sq. ft. min)

Corners (circle if requested):  Corners: 1 (end booth)   Corners: 4   Corners: 2

Show Management will attempt to honor choices in order of preference; however, final decisions regarding assignment are in the sole discretion of Show Management.

### 4. Booth Rates
$38 per sq. ft. after June 10, 2009.
Partners Fee:    $500.00 per partner:
                 Qty = _____ $

## 5. 2010 Marketing Packages & Advertising

Advertisement in Official Show Directory (color)
- ○ (full page/four color)  $2,900.00 = _____ USD
- ○ (half page/four color)  $1,900.00 = _____ USD
- ○ (1/4 page/four color)   $1,200.00 = _____ USD

Marketing Options

○ Enhanced listing in Official Show Directory $500.00 = _____ USD
Speak to your Staff Representative about other marketing options:

## 6. Booth Fees & Payment Schedule

_____ X _____ = _____
Total # of sq. ft.   Cost per sq. ft.   Total Booth Fees USD

_____ + _____ = _____
Enhanced Listing   Advertisement   Total Marketing & Advertising

| Total Booth Fees | + | Total Marketing & Advertising | = | GRAND TOTAL USD |

By signing the following credit card payment authorization, you agree to allow Questex Media Group, Inc. to charge your credit card for unpaid balances per the payment and schedule terms of the contract.

Check #_____ Make Check payable to Sensors Expo & Conference
Credit Card (check one):  ☐ American Express  ☐ Mastercard  ☐ VISA
Card No: _____ Exp. Date: _____ Sec. Code:* _____
Cardholder Name: _____ Signature: _____
If different from above name/address:
Cardholder Billing Address: _____
City: _____ Province/State: _____ Zip: _____ Country: _____
Phone: (___) _____ Fax: (___) _____

Payment Schedule:
Upon execution of contract   30% of Booth Fee Due
February 7, 2010            50% of Booth Fee Due

*This number is 3 digits for MC/Visa and is located on the signature panel on the back of your card immediately following the card account number. For Amex this number is 4 digits and is printed on your card above the embossed account number. This number is recorded as an additional security precaution.

☐ I agree to be charged 100% of the contracted exhibit package upon return of this document _____ INITIALS
☐ I agree to be charged 50% of the contracted exhibit package upon return of this document and the remaining 50% of the contracted amount due February 7, 2010.
_____ INITIALS

## 7. Sign Here

Exhibitor has read the Terms & Conditions on the reverse side of this Agreement. Exhibitor understands that this Agreement shall be legally binding between Questex Media and the Exhibitor only upon acceptance in writing by Questex Media. Exhibitor also understands that any changes in the information in this Agreement must be provided to Questex Media in writing. This Agreement may be executed and delivered by facsimile and a facsimile signature shall be treated as an original.

Exhibitor's Authorized Signature _____   Date: _____
Name (Please Print): Kathy Slovin   Title: Trade Show Manager
Show Management: _____   Title: _____

---

**FOR OFFICE USE ONLY**

Date Rec'd: _____
Booth Price: _____
Corner Price: _____
Advertising: _____
Total: _____
Payment Rec'd: _____
Balance Due: _____
Sales Rep: _____

Booth #1    Booth #2
#           #
S           C
   C   S
Booth #3    Booth #4
#           #
S           C
   C   S

Exhibitor Status:
○ Existing Exhibitor
○ New Exhibitor
○ Returning Exhibitor (did not exhibit 2009)

---

Please complete and mail contract with payment
Payable to: Sensors Expo & Conference

Questex Media
275 Grove St., Ste 2-130
Auburndale, MA 02466

Attn: Accounts Receivable

Questions? Please contact:
Tel: 888-552-4346 or
     617-219-8300
Fax: 508-519-7773

www.sensorsexpo.com

Wiring instructions are available upon request

# Terms & Conditions Governing Exposition

**1. DEFINITIONS.**
"Show," means the specific expositions or conferences identified on the front hereof. "Hall" means the facility in which the Show is conducted. "Management" means Questex Media Group, Inc., together with each of its officers, directors, shareholders, agents, affiliates, representatives, employees and assigns, unless the context requires otherwise. "Exhibitor" means the applicant identified on the front hereof, together with each of its officers, directors, shareholders, agents, affiliates, representatives, employees and assigns, as applicable.

**2. LIMITATION OF LIABILITY.**
By submitting an application for exhibit space, Exhibitor releases Management, the Hall, and their respective affiliates, representatives, employees and agents from any and all liability for, any damage, loss, harm or injury to the person or any property of Exhibitor or any of its officers, directors, employees, agents, representatives or invitees resulting from, or arising out of submission of an application and/or participation in the Show (including the negligence of Management or the Hall, or its affiliates, representatives, employees and agents, or the negligence of any other person present at the Show, or from theft, fire, water, accident or any other cause). In no event shall Management or the Hall, or any of its affiliates, representatives, employees and agents, be liable for any special, incidental, indirect, punitive or consequential damages arising out of or in connection with this Agreement. The liability of Management and its affiliates, representatives, employees and agents and Exhibitor's remedy for any claim of loss or damage arising from or related to this Agreement, regardless of the form of action, shall be limited to one-half of the fees paid to Management hereunder. Exhibitor agrees that Management will not be liable in the event of any errors or omissions in the Exhibitor Service Manual, the Show's directory listing or in any other materials provided by Management. Exhibitor acknowledges and agrees that Management makes no representation or warranties with respect to the number of exhibition attendees or the demographic nature of such attendance.

**3. USE OF SPACE.**
Conditioned upon the Hall placing the exhibit space applied for herein at the disposal of Management, the Show is to be held at the Hall on the dates specified on the reverse side of this contract. Exhibitor shall design and maintain its exhibit in conformity with the general theme and tenor or the Show and shall keep its exhibit presentable at all times. Management reserves the right to decline, prohibit or expel any exhibit, or item or feature thereof which, in its judgment, is inappropriate or out of keeping with the character of the Show, this reservation being all inclusive as to persons, things, printed matter, product, conduct, sound level, etc. All booth arrangements shall conform in all respects to the dimensional, height and other requirements as indicated in the Exhibitor Service Manual, which are incorporated herein by reference. Any space not occupied by Exhibitor at the time set for completion of installation of displays will be reassigned at the discretion of Management, in which case all amounts paid or payable by Exhibitor will be forfeited unless special arrangements have been approved in writing by Management. Exhibitor agrees to keep its exhibit open and staffed at all times during the Show hours. Failure to comply with the rules and regulations of this agreement or as stated in the Exhibitor Service Manual will result in the alteration or removal of the booth at the Exhibitor's expense. Rental fees for services and exhibit space are not refundable. Exhibitors shall be bound by all pertinent laws, codes and regulations of municipal or other authorities, having jurisdiction over the Hall or the conducting of said exhibit, together with the rules and regulations adopted by the Hall.

**4. AVAILABLE SERVICES.**
On behalf of the Exhibitors, Management has designated official Show contractors to provide drayage, cartage, furniture, booth and floor decorations, signs, photographs, telephone services, etc. Services of electricians, plumbers, carpenters and other labor will be available and charged for at then prevailing rates. Contractors and rates will be listed in the Exhibitor Service Manual. Management assumes no responsibility or liability for any of the services performed or materials delivered by Show contractors. Arrangement for these services and payments are to be made between Exhibitors and official Show contractors. Exhibitor agrees to comply with all regulations requiring union labor. Rules and regulations for union labor are made by the local unions and these regulations may be changed at any time.

**5. INSTALLATION AND DISMANTLING.**
Complete information, instructions and schedule of prices regarding receiving, set-up, display and removal of exhibits will be included in the Exhibitor Service Manual. Such requirements shall be binding upon the Exhibitor as though fully set forth herein. Move in and move out times and access outside of Show hours are limited to those described in the Exhibitor Service Manual.

**6. BROADCASTS; COPYRIGHTED MATERIALS.**
No visual or audio recording or transmission will be made of the Show without Management's prior written consent. Exhibitor shall not violate any copyrights with respect to writings, music or other materials used by it at the Show or at any function which is part of, affiliated with, or held in conjunction with, the Show.

**7. PROMOTIONAL MATTERS; ELECTRONIC MESSAGES.**
Exhibitor hereby grants Management a fully-paid, perpetual, non-exclusive worldwide license to use, display and reproduce Exhibitor's name, trademarks, service marks, logos, trade names, copyrighted content, hypertext links, domain names, icons, buttons, banners, graphic files and images in any directory (any media) of Show exhibitors and to use same in Show promotional materials. By providing Management with its e-mail address(es), Exhibitor hereby consents to receiving unsolicited commercial e-mail messages from Management, its affiliates, partners and assigns, and third parties licensed to send such messages to Exhibitor by any of the foregoing. Management may also take photographs, motion pictures and/or video recordings of Exhibitor's booth space, exhibit and related merchandise and displays, and its personnel, and Exhibitor consents to Management's use of such recordings for promotional purposes.

**8. EXHIBITION ACTIVITIES.**
Exhibitor shall not schedule or conduct any outside commercial activity, including receptions, seminars, symposiums and hospitality suites during the Show, whether such activities are held at or away from the Hall facility, except with the prior written approval of Management.

**9. ATTENDANCE.**
Management shall have sole control over admission policies at all times.

**10. INDEMNIFICATIONS; INSURANCE.**
Exhibitor agrees to indemnify, defend and hold harmless Management and the Hall, and their respective officers, directors, employees, agents and representatives, from any and all claims, demands, suits, liability, damage, loss, cost, attorneys' fees and expenses of whatever kind or nature which might arise out of Exhibitor's use of exhibit space or participation in the Show, or any action or failure to act of Exhibitor or any of its officers, directors, employees, agents or representatives (including claims of damage or loss to property or harm or injury to a person or persons). Exhibitor agrees to maintain adequate insurance to fully protect Management and its affiliates, co-sponsors, service contractors and the Hall from any and all claims, arising from Exhibitor's activities including the installation, operation and dismantling of Exhibitor's display, as more particularly described in the Exhibitor Service Manual. This coverage must be evidenced by a certificate of insurance, naming Management, Sensors Expo & Conference and the Hall as additional insurers. Exhibitor understands that neither Management nor the Hall maintains insurance covering the Exhibitor's property and it is the sole responsibility of the Exhibitor to obtain such insurance. Exhibitor is responsible for any and all damages caused by Exhibitor or Exhibitor's agents, employees or guests.

**11. TAXES AND LICENSES.**
Exhibitor shall be responsible for obtaining any licenses, permits or approvals required under Federal, state or local law applicable to its activity at the Show. Exhibitor shall be responsible for obtaining any tax identification numbers and paying all taxes, license fees or other charges that shall become due to any governmental authority in connection with its activities at the Show.

**12. CHANGE OF SPACE; SHOW LOCATION AND DATES.**
Management shall have the right, in its sole discretion upon notice to Exhibitor, to change Exhibitor's space assignment after the acceptance of this agreement if it is deemed to be in the best interest of the Show. Management will make Reasonable efforts to ensure that any reassignment will be to an exhibit space that is of the same general style and size as Exhibitor's original space. If a reduction in Exhibitor's space is necessary, in Management's opinion, Exhibitor will be reimbursed on a pro-rata basis. Management may re-name or re-locate the Show or change the dates on which it is held, without the consent of Exhibitor. In such event, no refund will be due to Exhibitor, and Management will assign to Exhibitor, in lieu of the original space, such other space as Management deems appropriate, and Exhibitor agrees to use such space under the terms of this agreement.

**13. TERMINATION OF AGREEMENT.**
Management reserves the right to terminate this agreement immediately upon written notice if Exhibitor breaches any of the representations, warranties, covenants, terms or conditions set forth herein or in the Exhibitor Service Manual, including the failure to make any payment when due.

**14. CANCELLATION OF EVENT.**
Management may cancel all or part of the Show or reduce the amount of space allocated to the Show for any reason in its sole discretion and for acts beyond its control (e.g., acts of God, war, government regulation or advisory, acts and/or threats of terrorism, civil disorder, fire, flood, explosion, earthquake, disasters, accidents or other calamity or casualty, labor dispute, strikes or threats of strikes, and curtailment of transportation facilities). If the Show is canceled by Management in its entirety, this agreement shall terminate and Management shall refund to Exhibitor no more than a prorated amount of the aggregate exhibit fees received after deducting expenses incurred and to be incurred by Management, plus reasonable compensation to Management, but in no case shall the amount of the refund exceed the amount of the exhibit fee paid in full satisfaction of all liabilities of Management to Exhibitor. Refunds shall not be made for partial cancellations or reductions in the size or scope of the Show. Any Exhibitor canceling this agreement prior to any cancellation of the Show by Management shall not be entitled to any refund pursuant to this paragraph.

**15. CANCELLATION BY EXHIBITOR.**
If Exhibitor desires to cancel this agreement, Exhibitor may do so by giving written notice thereof to Management, which notice to be effective upon Management's receipt thereof. Exhibitor shall be liable for 100% of its exhibit fee unless written notice of cancellation is received by Management more than 120 days prior to the Show's opening. If written cancellation is received by Management more than 120 days prior to the Show's opening, Exhibitor shall be liable for 50% of its exhibit fee. In addition, Exhibitor shall pay an administrative and processing fee of $100.00 per 10' x 10' booth. This amount shall be liquidated damages, for the damages Management will suffer as a result of Exhibitor's cancellation, and not a penalty. The parties agree that withdrawal of the space reserved from availability at a time when others would be interested in applying for it will cause Management to sustain damages that, while substantial, are not capable of precise determination. Therefore, this provision for liquidated damages has been included as a valid pre-estimate of these damages. Cancellation fees cannot be applied toward exhibit space at other shows or advertisement. Upon any cancellation of this agreement or withdrawal by Exhibitor from the Show, Management shall have the right, but not the obligation, to license the subject Show space to another exhibitor prior to the Show without any rebate or allowance whatsoever to the Exhibitor and without in any way releasing said Exhibitor from any liability hereunder.

**16. ASSIGNMENT;**
Booth Sharing. Management may assign this Agreement without the prior written consent of Exhibitor, and any such assignee shall become "Management" for all purposes hereunder and shall acquire all of rights and obligations of Management hereunder. Exhibitor cannot assign this agreement, in whole or in part, without the prior written approval of Management. In the event of the merger or two Exhibitors, Management will use reasonable efforts to consolidate the space contracted by the Exhibitors into one location equal to the aggregate space originally purchased by the Exhibitors when they were independent. However, if that is not possible, the surviving Exhibitor shall be liable for the exhibit space at the locations originally contracted by the merged Exhibitors. Booth sharing, subletting or licensing of exhibit space by Exhibitor or use of the exhibit space not authorized in writing by Management is prohibited.

**17. APPLICABLE LAW AND VENUE; COSTS.**
This Agreement shall be governed by Massachusetts's law without application of its conflict of laws principles. Any suit relating to this agreement shall be instituted in a state or federal court in Boston, Massachusetts, and the parties submit to the exclusive jurisdiction of any such court. In any action to enforce its rights hereunder, including collection of amounts due hereunder, Management shall be entitled to recover all costs of collection including all reasonable attorneys' fees, court costs and interest.

**18. SPONSORSHIP AGREEMENT.**
All rules and regulations of all applicable sponsorship agreements and related materials are hereby incorporated into this Agreement.

**19. ADDITIONS OR CORRECTIONS.**
Management reserves the right to amend or interpret this Agreement and to adopt further regulations as may be deemed necessary by it for the general success of the Show, including the conditions, rules and regulations stated herein, in the Exhibitor Service Manual, sponsorship materials and in the Hall license, to which Management is or will be a party, all of which are made a part hereof as though fully incorporated herein, and the Exhibitor agrees to be bound thereby.

**20. SEVERABILITY.**
If for any reason a court of competent jurisdiction finds any provision or portion of this Agreement to be unenforceable, that provision will be enforced to the maximum extent permissible so as to affect the intent of the parties, and the remainder of this Agreement will continue in full force and effect.

**21. COSTS, EXPENSES AND ATTORNEYS' FEES.**
If either party commences any action or proceeding against the other party to enforce or interpret this Agreement, the prevailing party in such action or proceeding shall be entitled to recover from the other party the actual costs, expenses, and attorneys' fees (including all related costs and expenses) incurred by such prevailing party in connection with such action or proceeding and in connection with obtaining and enforcing any judgment or order thereby obtained.

**22. ENTIRE AGREEMENT.**
This application, when executed by Exhibitor and accepted in writing by Management, shall constitute a valid and binding license agreement, and contains the entire agreement of the parties concerning the subject matter hereof. This agreement may not be modified, discharged or terminated except by a written instrument, signed by the party to be charged. The rights of Management hereunder shall not be waived except in a writing signed by a duly authorized officer of Management. This agreement shall be binding upon, and inure to the benefit of, each of the parties hereto and their respective legal representatives, successors and permitted assigns. The interpretation of the provisions of this agreement, the relevant building regulations and Exhibitor Service Manual, as the same may be in effect from time to time, is reserved solely to Management, whose interpretations shall be final, binding and conclusive in all respects. Nothing in this provision, however, shall preclude Management from adopting additional rules and regulations, orally or in writing, as provided in paragraph 19 hereof.

Initials_____

# sensors expo & conference
June 7-9, 2010
Rosemont, IL
www.sensorsexpo.com

# Exhibitor Application and Agreement

## 1. Exhibitor Information PLEASE PRINT

Company Name: _____
Exhibitor Listing: _____
Contact Name: _____ Title: _____
Address: _____
City: _____ Province/State: _____ Zip: _____ Country: _____
Phone: (___) _____ Fax: (___) _____
Email: _____ Website: _____
Booth Set-up Contact Info: _____

## 2. Products or services to be displayed

- ○ Acceleration
- ○ Actuators
- ○ Aerospace
- ○ Analog/Digital Converters
- ○ Automation Sensors
- ○ Automotive
- ○ Battery Power
- ○ Chemical/Gas
- ○ Consumer
- ○ Control Products
- ○ Controllers/Drivers
- ○ Data Acquisition
- ○ Data Loggers
- ○ Displacement
- ○ Electrical Properties
- ○ Encoders/LVDTs
- ○ Energy Harvesting
- ○ Fiber Optics
- ○ Flow
- ○ Fluid Level
- ○ Fluid Power Products
- ○ Force/Strain/Load/Torque
- ○ Gear Boxes/Reducers
- ○ Hall Effect
- ○ Industrial Automation
- ○ Infrared Detectors
- ○ Inspection Systems
- ○ Instrumentation
- ○ Level
- ○ Machine Vision
- ○ Magnetic
- ○ Medical/Pharmaceutical BioTech
- ○ Meters/Gauges
- ○ Moisture/Humidity
- ○ Motors (AC, DC, Brushless, Servo, Step)
- ○ Motors (Linear/Servo & Synchros)
- ○ Optical
- ○ Other
- ○ Photoelectrics
- ○ Piezoelectric/Restrictive
- ○ Polymers/Resin
- ○ Position Sensors
- ○ Positioning Equipment/Systems
- ○ Power Management
- ○ Power Sources
- ○ Presence/Proximity
- ○ Pressure
- ○ Process Control
- ○ Radiation
- ○ Sensors Government Products
- ○ Sensors/System Components
- ○ Signal Conditioning
- ○ Software
- ○ Speed
- ○ Temperature
- ○ Test/Measurement/Calibration Equipment
- ○ Transmitters
- ○ Ultrasonic
- ○ Velocity
- ○ Vibration
- ○ Wireless

## 3. Booth request  Minimum Space Required: 10 ft. x 10 ft./100 sq. ft.

First Choice  # _____ _____ X _____ sq. ft.
Second Choice # _____ _____ X _____ sq. ft.
Third Choice  # _____ _____ X _____ sq. ft.

Booth type (circle one): Linear (100 sq. ft. minimum)  Island (400 sq. ft. min)  Peninsula (200 sq. ft. min)

Corners (circle if requested): Corners: 1 (end booth)  Corners: 4  Corners: 2

## 4. Booth Rates
$38 per sq. ft. after June 10, 2009.
Partners Fee:  $500.00 per partner:
Qty = _____ $

Show Management will attempt to honor choices in order of preference; however, final decisions regarding assignment are in the sole discretion of Show Management.

## 5. 2010 Marketing Packages & Advertising
Advertisement in Official Show Directory (color)
- ○ (full page/four color)  $2,900.00 = _____ USD
- ○ (half page/four color) $1,900.00 = _____ USD
- ○ (1/4 page/four color)  $1,200.00 = _____ USD

Marketing Options
- ○ Enhanced listing in Official Show Directory  $500.00 = _____ USD

Speak to your Staff Representative about other marketing options:

## 6. Booth Fees & Payment Schedule

_____ X _____ = _____
Total # of sq. ft.  Cost per sq. ft.  Total Booth Fees USD

_____ + _____ = _____
Enhanced Listing  Advertisement  Total Marketing & Advertising

| Total Booth Fees | + | Total Marketing & Advertising | = | GRAND TOTAL USD |

By signing the following credit card payment authorization, you agree to allow Questex Media Group, Inc. to charge your credit card for unpaid balances per the payment and schedule terms of the contract.

Check # _____ Make Check payable to Sensors Expo & Conference
Credit Card (check one): ☐ American Express  ☐ Mastercard  ☐ VISA
Card No: _____ Exp. Date: _____ Sec. Code:* _____
Cardholder Name: _____ Signature: _____
If different from above name/address:
Cardholder Billing Address: _____
City: _____ Province/State: _____ Zip: _____ Country: _____
Phone: (___) _____ Fax: (___) _____

Payment Schedule:
Upon execution of contract  50% of Booth Fee Due
February 7, 2010  50% of Booth Fee Due

*This number is 3 digits for MC/Visa and is located on the signature panel on the back of your card immediately following the card account number. For Amex this number is 4 digits and is printed on your card above the embossed account number. This number is recorded as an additional security precaution.

☐ I agree to be charged 100% of the contracted exhibit package upon return of this document _____ INITIALS
☐ I agree to be charged 50% of the contracted exhibit package upon return of this document and the remaining 50% of the contracted amount due February 7, 2010.
_____ INITIALS

## 7. Sign Here

Exhibitor has read the Terms & Conditions on the reverse side of this Agreement. Exhibitor understands that this Agreement shall be legally binding between Questex Media and the Exhibitor only upon acceptance in writing by Questex Media. Exhibitor also understands that any changes in the information in this Agreement must be provided to Questex Media in writing. This Agreement may be executed and delivered by facsimile and a facsimile signature shall be treated as an original.

Exhibitor's Authorized Signature _____ Date: _____
Name (Please Print): _____ Title: _____
Show Management: _____ Title: _____

---

**FOR OFFICE USE ONLY**

Date Rec'd: _____
Booth Price: _____
Corner Price: _____
Advertising: _____
Total: _____
Payment Rec'd: _____
Balance Due: _____
Sales Rep: _____

Booth #1   Booth #2
#              #
S              C
   C   S
Booth #3   Booth #4
#              #
S              C
   C   S

Exhibitor Status:
- ○ Existing Exhibitor
- ○ New Exhibitor
- ○ Returning Exhibitor (did not exhibit 2009)

---

Please complete and mail contract with payment:
Payable to: Sensors Expo & Conference

Questex Media
275 Grove St., Ste 2-130
Auburndale, MA 02466

Attn: Accounts Receivable

Questions? Please contact:
Tel: 888-552-4346 or
    617-219-8300
Fax: 508-519-7773

www.sensorsexpo.com

Wiring instructions are available upon request

Sensors Expo & Conference June 8-9, 2010
DONALD E. STEPHENS CONVENTION CENTER
HALL G