# CERTIFICATE OF SERVICE

I, Elizabeth Bradford, an attorney, certify that service of the foregoing Motion of Government Attorney and Order for Admission Pro Hac Vice and Objection of New York Convention Operating Corporation to Cure Amount was accomplished by regular U.S. mail to the below referenced service list.

/s/ Elizabeth Bradford

Elizabeth Bradford
655 W. 34th Street
New York, NY 10001-1188
(212) 216-2125

KIRKLAND & ELLIS, LLP
James A. Stempel
Erik W. Chalut
300 North LaSalle Street
Chicago, Illinois 60654

YOUNG CONWAY STARGATT & TAYLOR , LLP
Michale R. Nestor
Robert F. Poppiti, Jr.
Donald J. Bowman, Jr.
1000 West Street, 17th Floor
Wilmington, Delaware 19801

*Co-Counsel to the Debtors*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Attn: Lorenzo Marinuzi, Esq.
David Capucilli, Esq.
Erica J. Richards, Esq.

*Counsel to the Committee*

WEIL, GOTSHAL & MANGE
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153

*Counsel to the Purchaser and the DIP Agent*