## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUESTEX MEDIA GROUP, INC., et al.,[1] | ) Case No. 09-13423 (MFW) |
| Debtors. | ) Jointly Administered |

## NOTICE OF CANCELLED AUCTION

**PLEASE TAKE NOTICE** that, on October 10, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion for entry of orders (a)(i) approving bid and notice procedures for the sale of substantially all of the Debtors' assets, (ii) scheduling a hearing to consider the sale and approving the form and manner of notices, (iii) establishing procedures for assumption and assignment of certain contracts and unexpired leases, including notice of proposed cure amounts, and (iv) granting related relief; and (b)(i) approving an asset purchase agreement (the "Asset Purchase Agreement") for the sale of all of the assets of the Debtors to QMG Acquisition LLC, a Delaware Limited Liability Company, (the "Purchaser"), or to the Successful Bidder to be identified at the Auction, (ii) authorizing the sale of substantially all of the assets of the Debtors free and clear of all liens, claims, encumbrances and other interests, (iii) authorizing the assumption and assignment of certain executory contracts and unexpired leases to the Purchaser or the Successful Bidder, and (iv) granting related relief (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Questex Media Group, Inc. (5500); FierceMarkets, Inc. (6826); InfoTrends, Inc. (0297); InfoTrends Research Group, Inc. (9131); Oxford Communication, Inc. (0786); Oxford Publishing, Inc. (6012); QMG Holdings, Inc. (3042); Questex Brazil, LLC (3187); and Show Events, Inc. (6352). The location of the corporate headquarters for Questex Media Group, Inc. and the service address for all of the Debtors is: 275 Grove Street, Suite 2-130, Newton, Massachusetts 02466.

**PLEASE TAKE FURTHER NOTICE** that on October 26, 2009, the Court entered the *Order (i) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (ii) Scheduling a Hearing to Consider the Sale and Approving the Form and Manner of Notices, (iii) Establishing Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and (iv) Granting Related Relief* (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order (i) the deadline for submitting bids by a Qualified Bidder was 4:00 p.m. (ET) on November 18, 2009 (the "Bid Deadline") and (ii) in the event a Qualified Bid was received, an auction would be held on November 20, 2009 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, in accordance with the Bidding Procedures Order, that no Qualified Bids were received prior to the Bid Deadline. As such, no auction will be held.

2
DB02:8948113.1                                                              068808.1001

| | |
|---|---|
| Dated: November 19, 2009<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ signature<br>Michael R. Nestor (DE Bar No. 3526)<br>Donald J. Bowman, Jr. (DE Bar No. 4383)<br>Robert F. Poppiti, Jr. (DE Bar No. 5052)<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>dbowman@ycst.com<br>rpoppiti@ycst.com<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>James A. Stempel<br>Erik W. Chalut<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.stempel@kirkland.com<br>erik.chalut@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |

DB02:8948113.1　　068808.1001