IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUESTEX MEDIA GROUP, INC., *et al.*, | Case No. 09-13423 (MFW) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF MARIE POLITO HOFSDAL

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Marie Polito Hofsdal, Esquire, of Day Pitney, LLP, 7 Times Square, New York, New York 10036 to represent Oracle USA, Inc., successor in interest to Oracle Corporation ("Oracle"), a creditor and contract counter-party in the above-captioned jointly administered Chapter 11 cases. The admittee is admitted, practicing, and in good standing of the bars of the State of New York, the State of New Jersey and the District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

Dated: November 23, 2009
Wilmington, Delaware

Respectfully submitted,
MARGOLIS EDELSTEIN

/s/ James E. Huggett
James E. Huggett, Esq. (#3956)
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
Telephone: 302-888-1112
Facsimile: 302-888-1119
E-mail: jhuggett@margolisedelstein.com

Counsel to Oracle USA, Inc.

MOTION GRANTED.
Dated: November 24, 2009

BY THE COURT

United States Bankruptcy Judge

DOCKET NO. 234
DATE 11/23/09

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUESTEX MEDIA GROUP, INC., *et al.*, | Case No. 09-13423 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rules, 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Bar of the State of New Jersey, the Bars of the district courts of the District of New Jersey and the Southern and Eastern Districts of New York, and pursuant to Local Rules 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number 156973.

DAY PITNEY, LLP

/s/ Marie Polito Hofsdal
Marie Polito Hofsdal, Esq
7 Times Square
New York, New York 10036
Telephone No. 212-297-2476
Fax No. 212-916-2940
Email: mhofsdal@daypitney.com

Counsel to Oracle USA, Inc.