IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUESTEX MEDIA GROUP, INC., et al.,[1] | Case No. 09-13423 (MFW) |
| | (Jointly Administered) |
| Debtors | Objection Deadline: December 10, 2009 at 4:00 p.m. (ET) |
| | Ref. Docket Nos. 51 & 95 |

## NOTICE OF FILING OF DECLARATION OF DISINTERESTEDNESS OF PROFESSIONALS IN CONNECTION WITH THE ORDER AUTHORIZING THE DEBTORS' RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS

PLEASE TAKE NOTICE that on October 10, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed their *Motion for Entry of an Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of the Debtors' Business* [Docket No. 51] (the "Motion").[2]

PLEASE TAKE FURTHER NOTICE that on October 22, 2009, the Court entered the order approving the Motion [Docket No. 95] (the "Order"), which provides that each Ordinary Course Professional (the "OCP") must file with the Court, prior to the receipt of payment for postpetition services rendered, an Affidavit pursuant to Section 327 of the Bankruptcy Code setting forth that such professional does not represent or hold any interest adverse to the Debtors or their respective estates with respect to the matter for which such professional is engaged.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Debtors hereby submit this notice of filing of a Declaration of Disinterestedness of OCP in Support of Retention (the "Declaration"), attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that a copy of the Declaration has been served on the Debtors, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors, and the Office of the United States Trustee (collectively, the "Notice Parties").

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Questex Media Group, Inc. (5500); FierceMarkets, Inc. (6826); InfoTrends, Inc. (0297); InfoTrends Research Group, Inc. (9131); Oxford Communication, Inc. (0786); Oxford Publishing, Inc. (6012); QMG Holdings, Inc. (3042); Questex Brazil, LLC (3187); and Show Events, Inc. (6352). The location of the corporate headquarters for Questex Media Group, Inc. and the service address for all of the Debtors is: 275 Grove Street, Suite 2-130, Newton, Massachusetts 02466.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, any party in interest may object to an Ordinary Course Professional's retention within fifteen (15) days of service of the Declaration based upon lack of disinterestedness or conflict of interest. Any objection to the retention of an OCP must be served on: (i) the Debtors, Questex Media Group, Inc., 275 Grove Street, Suite 2-130, Newton, MA 02466, Attn: Thomas E. Caridi; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: James A. Stempel, Esq. and Erik W. Chalut, Esq.; (iii) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801, Attn: Michael R. Nestor, Esq.; (iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David M. Klauder, Esq; (v) counsel to the official committee appointed in the Chapter 11 Cases, Pepper Hamilton LLP, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq.; and (vi) the OCP.

PLEASE TAKE FURTHER NOTICE, that if no objection is received from any of the Notice Parties by the Objection Deadline, the Debtors shall be authorized to employ and compensate the OCP in accordance with the OCP Procedures.

Dated: Wilmington, Delaware
November 25, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Donald J. Bowman, Jr.
Michael R. Nestor (DE Bar No. 3526)
Donald J. Bowman, Jr. (DE Bar No. 4383)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
dbowman@ycst.com
rpoppiti@ycst.com

- and -

KIRKLAND & ELLIS LLP
James A. Stempel (admitted *pro hac vice*)
Erik W. Chalut (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.stempel@kirkland.com
erik.chalut@kirkland.com

Counsel to the Debtors and Debtors in Possession