IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QMG WINDDOWN, INC., et al.,[1] | ) Case No. 09-13423 (MFW) |
| Debtors. | ) Jointly Administered |
| | ) Ref. Docket No.: 533 & 624 |

**ORDER, PURSUANT TO SECTIONS 105(a) AND 1112(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(a), DISMISSING DEBTORS' CHAPTER 11 CASES**

Upon consideration of the Motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned cases (the "Debtors") for entry of an order, pursuant to sections 105(a) and 1112(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 1017(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the dismissal of their chapter 11 cases; and the Court being satisfied that the dismissal of these chapter 11 cases is in the best interests of the Debtors, their estates and creditors; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), the chapter 11 cases of QMG Winddown, Inc., Case No. 09-13423 (MFW), Fierce Markets, Inc., Case No. 09-13424 (MFW), Infotrends, Inc., Case No. 09-

---

[1] The Debtors in these cases are as follows: QMG Winddown, Inc.; FMI Winddown, Inc; ITI Winddown, Inc.; ITRG Winddown, Inc.; OCI Winddown, Inc.; OPI Winddown, Inc.; QMG Holdings, Inc.; QBL Winddown, LLC; and SEI Winddown, Inc.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

13425 (MFW), Infotrends Research Group, Inc., Case No. 09-13426 (MFW), Oxford Communication, Inc., Case No. 09-13427 (MFW), Oxford Publishing, Inc., Case No. 09-13428 (MFW), QMG Holdings, Inc., Case No. 09-13429 (MFW), Questex Brazil, LLC, Case No. 09-13430, and Show Events, Inc., Case No. 09-13431 (MFW), respectively, are hereby dismissed, effective as of the date and time of entry of this Order (the "<u>Dismissal Date</u>"); and it is further

ORDERED that notwithstanding section 349 of the Bankruptcy Code, all final orders entered in the Debtors' chapter 11 cases prior to the Dismissal Date shall survive and remain effective after such date, and the Court shall retain jurisdiction to enforce and support any and all such orders; and it is further

ORDERED that all fees due and payable pursuant to section 1930 of Title 28 of the United States Code prior to the Dismissal Date shall be paid by the Debtors within thirty (30) days of the entry of this Order; and it is further

ORDERED that the Debtors and their counsel are authorized to take all necessary steps, perform such actions, execute such documents, and expend such funds as may be necessary to carry out or otherwise effectuate the terms and conditions of this Order.

Dated: Wilmington, Delaware
      August 16, 2010

                                    Mary F. Walrath
                                    United States Bankruptcy Judge